UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>             Plaintiff,<br><br>   v.<br><br>Dwayne C Smith, in his individual and representative capacity as Trustee--Smith Living Trust; Jeannie A Smith, in her individual and representative capacity as Trustee--Trustee Smith Living Trust; L.P. Enterprises, a Business Entity Form Unknown, dba Subway Sandwich & Salads #2665; and Does 1-10,<br><br>             Defendants. | No.  2:14-cv-00535-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a Notice of Settlement on June 6, 2014, in which he states: "[A] global settlement has been reached in the above-captioned case. . . . The Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Stipulation for Dismissal with prejudice as to all parties will be filed within 45 days." (Notice of Settlement, ECF No. 6.)

Therefore, a dispositional document shall be filed no later than July 21, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without

1

prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on July 7, 2014, is continued to commence at 9:00 a.m. on August 18, 2014, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  June 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2